# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DYANEL BOLES, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COURVOISIER, et al.,<br><br>                    Defendants. | Case No.  4:11-CV-04854 YGR (NC)<br><br>**AMENDED ORDER SETTING SETTLEMENT CONFERENCE** |

This case was referred to this Court by Judge Yvonne Gonzalez Rogers for a settlement conference. The conference will be held on **April 24, 2012 at 9:30 a.m**. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 415.522.2039.  Please see this Court's Settlement Conference Standing Order for more information.

Additionally, this Court is in receipt of defendant Mezzanine's request for the claims representative to appear by telephone. The request is granted. The claims representative shall be available beginning at 9:30 a.m. for the duration of the conference.

IT IS SO ORDERED.

DATED: March 7, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge