UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYANEL BOLES, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>COURVOISIER, et al.,<br><br>       Defendants. | Case No.: 11-cv-04854-YGR<br><br>**ORDER REGARDING REQUESTED SUPPLEMENTAL BRIEFING AND PLAINTIFFS' MOTION TO REMAND** |

On April 26, 2012, the Court ordered that any party wishing to be heard on the issue of subject matter jurisdiction file supplemental briefing no later than May 10, 2012. (Dkt. No. 44.) Defendant Jaguar Land Rover North America LLC filed a supplemental brief. (Dkt. No. 45.) Plaintiffs' counsel, however, filed a Motion to Remand to State Court for Lack of Subject Matter Jurisdiction ("Motion to Remand"). (Dkt. No. 46.) This Motion to Remand was set for hearing on June 5, 2012 in violation of Civ. L.R. 7-2, which requires that hearings be scheduled "not less than 35 days after service of the motion." As a consequence under the Local Rules, the opposition to the Motion to Remand is due on May 24, 2011, and Plaintiffs are permitted to reply by May 31—a mere five days before the hearing date.

The Court hereby **VACATES** the hearing date of June 5, 2012 for Plaintiff's Motion to Remand *only*. The hearings on the pending Motion to Dismiss and Order to Show Cause remain on calendar. The Court will treat Plaintiffs' Motion to Remand as their supplemental briefing on the issue of subject matter jurisdiction. Pursuant to the Court's Order to Show Cause (Dkt. No. 44), any party wishing to respond to another party's briefing may file a response **no later than May 17, 2012**. If Plaintiffs seek to have their Motion to Remand heard as a separate motion, they must comply with the Local Rules and re-file the motion.

**IT IS SO ORDERED.**

Dated: May 11, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**