UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYANEL BOLES, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COURVOISIER, et al.,<br><br>    Defendants. | Case No.: C-11-04854-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING WHY ADDITIONAL SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PAY SANCTIONS** |

On July 23, 2012, the Court imposed sanctions of $200 on Plaintiffs' counsel, Linnea Willis, for failure to comply with court orders. (Dkt. No. 61.) The Court has contacted Ms. Willis on numerous occasions regarding payment of the sanctions. To date, the sanctions have not been paid.

Ms. Willis is hereby **ORDERED TO SHOW CAUSE** why she should not be further sanctioned for failing to pay her previous sanctions. The Order to Show Cause hearing shall be held on Friday, December 21, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in courtroom 5. Ms. Willis is **ORDERED** to file a written response to this Order to Show Cause by December 17, 2012 explaining her failure to pay and her failure to diligently respond to the Court's orders and communications. If the sanctions have not been paid by December 17, 2012, counsel must also *personally appear* on December 21, 2012. A telephonic appearance will not be permitted.

**IT IS SO ORDERED**.

Dated: December 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**