# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYANEL BOLES, et al.,<br>　　Plaintiffs,<br>　vs.<br>COURVOISIER, et al.,<br>　　Defendants. | Case No.: C-11-04854-YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

On December 10, 2012, the Court issued an Order to Show Cause to Plaintiffs' counsel. (Dkt. No. 71.) Plaintiffs' counsel provided a timely written response to the Order. (Dkt. No. 72.) Having reviewed the written response, the Court is satisfied with counsel's response, although it does note that the Court reached out to Plaintiffs' counsel in September via telephone *and* U.S. mail regarding payment of sanctions. Accordingly, the Court **VACATES** the Order to Show Cause hearing scheduled for December 21, 2012. No further action will be taken with respect to the Order to Show Cause.

**IT IS SO ORDERED**.

Dated: December 17, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**