1  Frank P. Kelly (SBN 83473)
   Amir Nassihi (SBN 235936)
2  **SHOOK, HARDY & BACON, LLP**
   One Montgomery, Suite 2700
3  San Francisco, CA 94104
   Telephone: (415) 544-1900
4  Facsimile: (415) 391-0281
   fkelly@shb.com
5  anassihi@shb.com

6  **Attorneys for Defendant**
   *JAGUAR LAND ROVER NORTH AMERICA, LLC erroneously sued as*
7  LAND ROVER NORTH AMERICA, INC.

8              **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DYANEL BOLES, an individual; DE'LESHA MAHONEY, an individual; and MONA MCCARTHY, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COURVOISIER, an entity incorporated in California; URBANWORLD, an entity incorporated in California; VIBE, an entity incorporated in California; LAND ROVER NORTH AMERICA, INC., an entity incorporated in Delaware; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. C11-04854 YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC** |

Plaintiffs DYANEL BOLES, DE'LESHA MAHONEY, and MONA MCCARTHY, and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC, erroneously sued as LAND ROVER NORTH AMERICA, INC., by and through their respective attorneys of record, hereby agree and stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this Court may dismiss Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC, erroneously sued as LAND ROVER NORTH AMERICA, INC., WITH PREJUDICE.

Further, the parties stipulate and agree that this does not prevent Plaintiffs from pursuing further action against COURVOISIER, URBANWORLD, VIBE and DOES 1-100, whether in federal or state court.

Dated: November 21, 2012                LAW OFFICE OF LINNEA N. WILLIS

                                        By: _____
                                               LINNEA N. WILLIS

                                        Attorneys for Plaintiffs DYANEL
                                        BOLES, DE'LESHA MAHONEY, and
                                        MONA MCCARTHY

Dated: November 21, 2012                SHOOK, HARDY & BACON L.L.P.

                                        By: _____
                                               FRANK P. KELLY
                                               AMIR NASSIHI

                                        Attorneys for Defendant
                                        JAGUAR LAND ROVER NORTH
                                        AMERICA LLC

### [PROPOSED] ORDER DISMISSING LAND ROVER WITHOUT PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefore, Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC, erroneously sued as LAND ROVER NORTH AMERICA, INC., is HEREBY DISMISSED WITH PREJUDICE.

This Order terminates Dkt. No. 70.

IT IS SO ORDERED.

Dated: December 17, 2012                _____
                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT COURT JUDGE